# Exhibit A

DOCS_DE:234332.1 89006/001

*Bankruptcy Case: 19-11842-LSS Avenue Stores., et al.*
*Transfer Date Range: 05-18-2019 through 08-15-2019*

**TRANSFEROR DEBTOR-AVENUE STORES, LLC**
*Vendor:*

THE INSIGHT SCOUT, LLC
18674 E CHELTON
BEVERLY HILLS MI 48025

| Payment # | Payment Date | Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| 1700072 | 07/18/2019 | 08/02/2019 | 56,450.00 | 08-19 | 04/01/2019 | 56,450.00 |
| TOTAL | | | $ 56,450.00 | 2 | | |